# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI HUSSEIN SERHAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-03400-TNM |
| LISA PALLUCONI, in her official capacity as Acting Director of the United States Department of the Treasury, Office of Foreign Assets Control; *et al.*, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties have reached a settlement agreement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff hereby dismisses all claims in this action with prejudice. Each party shall bear its own costs and fees.

Dated: April 7, 2025

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
Ferrari & Associates
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Attorney for Plaintiff*